**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-
TAB  PRODUCTS LIABILITY LITIGATION                MDL No. 2570

This Document Relates to the Following:

LINDA C. REXFORD
Civil Case #1:21-cv-00471

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of

Civil Procedure 25(a)(1), herby informs this Honorable Court upon information and belief

of the death of Plaintiff, Linda C. Rexford, who died on or about April 23, 2026.

Dated: July 27, 2026

                                        Respectfully submitted,

                                        SIMON GREENSTONE PANATIER, P.C.

                                        */s/ Shreedhar R. Patel*
                                        Shreedhar R. Patel
                                        TX Bar No. 24074864
                                        901 Main Street, Suite 5900
                                        Dallas, TX 75202
                                        Telephone: (214) 276-7680
                                        Facsimile: (214) 276-7699
                                        shreedhar.patel@sgptrial.com

                                        *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing has been uploaded to MDL Centrality in accordance with the Court's orders.


*/s/ Shreedhar R. Patel*
Shreedhar R. Patel

*Attorney for Plaintiff*